IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**
March 30, 2016
David J. Bradley, Clerk

| | |
|---|---|
| CHARLES MOFFETT, JR., § | |
|     *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION H-15-3296 |
| § | |
| FORD MOTOR COMPANY, § | |
|     *Defendant.* § | |

## RULE 16 SCHEDULING ORDER

Anticipated Length of Trial: __10__ days      Jury: __X__      Non-Jury: _____

The disposition of this case will be controlled by the following schedule:

1. May 16, 2016 — **NEW PARTIES** shall be joined by this date. The attorney causing such joinder must provide copies of this ORDER to the new parties.

2. June 17, 2016 — **AMENDMENTS** to pleadings by Plaintiff or Counter-Plaintiff shall be made by this date. Absent parties' agreement or court approval, answers may not be amended more than 20 days after this date. Answers to amended claims and counterclaims are due 20 days after amended claims or counterclaims are filed. Any amendments after this date must be accompanied by a motion.

3. July 15, 2016 — **EXPERT WITNESSES FOR PLAINTIFF/COUNTER-PLAINTIFF** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion.

4. August 15, 2016 — **EXPERT WITNESSES FOR DEFENDANT/COUNTER-DEFENDANT** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion.

5. September 1, 2016 — **DISCOVERY** must be completed by this date. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under Federal Rules of Civil Procedure to respond until after the deadline.

6. September 15, 2016 — **MEDIATION/ADR** with parties appearing in person or by a principal, and insurance companies that must be involved in settlement appearing by a representative with authority to settle, to be completed by this date or the parties shall file a report stating why Mediation/ADR is not appropriate.

7. September 30, 2016 — **DISPOSITIVE MOTIONS** and **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho* motions, but **not** including other motions in limine) will be filed by this date.

8. January 13, 2017 — **JOINT PRETRIAL ORDER** shall be filed on or before this date. Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court Procedures.

9. January 20, 2017 — **OBJECTIONS** to exhibits and/or witnesses shall be filed on or before this date.

10. January 27, 2017 — **DOCKET CALL** is held in Courtroom 9D starting at 10:00 a.m. on this date. Absent parties' agreement or court approval, no documents filed within five (5) days before the Docket Call will be considered at Docket Call.

All communications concerning the case shall be directed in writing to Rhonda Moore-Konieczny, Case Manager for United States District Judge Gray H. Miller, P.O. Box 61010, Houston, Texas 77208, or cm4141@txs.uscourts.gov.

Signed: March 30, 2016

_____
Gray H. Miller
United States District Judge